1   Wylie, McBride, Platten & Renner
    DIANE SIDD-CHAMPION, ESQ., #78140
2   605 Market Street, Suite 1200
    San Francisco, CA 94105
3   Telephone: (415) 867-1190
    E-mail: dsidd-champion@wmprlaw.com
4
    Attorneys for Plaintiffs
5

6
                    UNITED STATES DISTRICT COURT
7
                 NORTHERN DISTRICT OF CALIFORNIA
8
                      SAN FRANCISCO DIVISION
9

10  GOLDEN GATE LODGE OF PLASTERERS'        )   Case No. CV 13-3228 SI
    AND SHOPHANDS' LOCAL UNION NO. 66,      )
11  OPCMIA, AFL-CIO; OPERATIVE              )   **NOTICE OF SUBSTITUTION**
    PLASTERERS' AND CEMENT MASONS'          )   **OF COUNSEL FOR PLAINTIFFS**
12  LOCAL UNION NO. 300, OPCMIA, AFL-CIO;   )
    BOARD OF TRUSTEES OF THE NORTHERN       )
13  CALIFORNIA PLASTERERS HEALTH AND        )
    WELFARE TRUST FUND; BOARD OF            )
14  TRUSTEES OF THE NORTHERN CALIFORNIA     )
    PLASTERING INDUSTRY PENSION TRUST       )
15  FUND; BOARD OF TRUSTEES OF THE          )
    OPERATIVE PLASTERERS LOCAL UNION        )
16  NO. 66 SUPPLEMENTAL RETIREMENT          )
    BENEFIT FUND; BOARD OF TRUSTEES OF      )
17  THE OPERATIVE PLASTERERS LOCAL          )
    UNION NO. 66 JOURNEYMAN AND             )
18  APPRENTICE TRAINING TRUST FUND;         )
    BOARD OF TRUSTEES OF THE NORTHERN       )
19  CALIFORNIA PLASTERERS' JOINT            )
    APPRENTICESHIP AND TRAINING TRUST       )
20  FUND; and BOARD OF TRUSTEES OF THE      )
    PLASTERING INDUSTRY LABOR-              )
21  MANAGEMENT COOPERATION                  )
    COMMITTEE TRUST FUND,                   )
22                                          )
                        Plaintiffs,         )
23                                          )
              v.                            )
24                                          )
    IRONWOOD PLASTERING, INCORPORATED       )
25  a/k/a IRONWOOD PLASTERING,              )
    INC.;                                   )
    IRONWOOD SPECIALTIES, INCORPORATED      )
26  a/k/a IRONWOOD SPECIALTIES, INC.; MAX   )
    KARL ROGERS; and LAURA ELIZABETH        )
27  ROGERS,                                 )
                        Defendants.         )
28  _____     )

1      TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that Plaintiffs hereby file this notice of substitution of counsel.

3   Plaintiffs hereby substitute Wylie, McBride, Platten & Renner, Attn. Diane Sidd-Champion, in place

4   of and instead of McCarthy, Johnson & Miller Law Corporation as counsel and attorneys of record

5   in this matter.  Claimant's new counsel in this matter and new attorneys of record on whom all notices

6   and papers may be served is:

7                     Wylie, McBride, Platten & Renner
                     DIANE SIDD-CHAMPION, ESQ., SBN 78140
8                         605 Market Street, Suite 1200
                         San Francisco, CA  94105
9                         Telephone: (415) 867-1190
                       E-mail:  dsidd-champion@wmpr.law
10

11   As new counsel of record, the undersigned hereby accepts this substitution:

12   WYLIE, McBRIDE, PLATTEN & RENNER

13   By: _Diane Sidd-Champion_     Date:  August  8, 2013
            Diane Sidd-Champion, Esq.
14

15   The undersigned hereby agrees to the substitution of Diane Sidd-Champion as new counsel of record:

16   McCARTHY, JOHNSON & MILLER LAW CORPORATION

17   By: _____     Date:  August ___, 2012
            Lori Ann Nord, Esq.
18

19   GOLDEN GATE LODGE OF PLASTERERS' AND SHOPHANDS' LOCAL UNION NO. 66,
     OPCMIA, AFL-CIO; OPERATIVE PLASTERERS' AND CEMENT MASONS' LOCAL UNION
20   NO. 300, OPCMIA, AFL-CIO; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA
     PLASTERERS HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE
21   NORTHERN CALIFORNIA PLASTERING INDUSTRY PENSION TRUST FUND; BOARD OF
     TRUSTEES OF THE OPERATIVE  PLASTERERS LOCAL UNION NO. 66 SUPPLEMENTAL
22   RETIREMENT BENEFIT FUND; BOARD OF TRUSTEES OF THE OPERATIVE PLASTERERS
     LOCAL UNION NO. 66 JOURNEYMAN AND APPRENTICE  TRAINING  TRUST  FUND;
23   BOARD  OF  TRUSTEES  OF  THE  NORTHERN  CALIFORNIA  PLASTERERS'  JOINT
     APPRENTICESHIP AND TRAINING TRUST FUND; and  BOARD OF TRUSTEES OF THE
24   PLASTERING INDUSTRY LABOR-MANAGEMENT COOPERATION  COMMITTEE TRUST
     FUND
25

26   By: _____ Date:  August ___, 2012
            Chester Murphy
27          Business Manager of Golden Gate Lodge
            of Plasterers' and Shophands' Local Union No. 66,
28          OPCMIA, AFL-CIO and Authorized Agent of Plaintiffs

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that Plaintiffs hereby file this notice of substitution of counsel.

3    Plaintiffs hereby substitute Wylie, McBride, Platten & Renner, Attn. Diane Sidd-Champion, in place

4    of and instead of  McCarthy, Johnson & Miller Law Corporation as counsel and attorneys of record

5    in this matter.  Claimant's new counsel in this matter and new attorneys of record on whom all notices

6    and papers may be served is:

7                      Wylie, McBride, Platten & Renner
                 DIANE SIDD-CHAMPION, ESQ., SBN 78140
8                      605 Market Street, Suite 1200
                      San Francisco, CA  94105
9                     Telephone:  (415) 867-1190
                  E-mail:  dsidd-champion@wmpr.law
10

11   As new counsel of record, the undersigned hereby accepts this substitution:

12   WYLIE, McBRIDE, PLATTEN & RENNER

13   By: _____          Date: August ___, 2013
              Diane Sidd-Champion, Esq.
14

15   The undersigned hereby agree to the substitution of Diane Sidd-Champion as new counsel of record:

16   McCARTHY, JOHNSON & MILLER LAW CORPORATION

17   By: _____          Date: August _8_, 2012
              Lori Ann Nord, Esq.
18

19   GOLDEN GATE LODGE OF PLASTERERS' AND SHOPHANDS' LOCAL UNION NO. 66,
     OPCMIA, AFL-CIO; OPERATIVE PLASTERERS' AND CEMENT MASONS' LOCAL UNION
20   NO. 300, OPCMIA, AFL-CIO; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA
     PLASTERERS HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE
21   NORTHERN CALIFORNIA PLASTERING INDUSTRY PENSION TRUST FUND; BOARD OF
     TRUSTEES OF THE OPERATIVE  PLASTERERS LOCAL UNION NO. 66 SUPPLEMENTAL
22   RETIREMENT BENEFIT FUND; BOARD OF TRUSTEES OF THE OPERATIVE PLASTERERS
     LOCAL UNION NO. 66 JOURNEYMAN AND APPRENTICE  TRAINING  TRUST FUND;
23   BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERERS' JOINT
     APPRENTICESHIP AND TRAINING TRUST FUND; and  BOARD OF TRUSTEES OF THE
24   PLASTERING INDUSTRY LABOR-MANAGEMENT COOPERATION  COMMITTEE TRUST
     FUND
25

26   By: _____ Date: August ____, 2012
              Chester Murphy
27            Business Manager of Golden Gate Lodge
              of Plasterers' and Shophands' Local Union No. 66,
28            OPCMIA, AFL-CIO and Authorized Agent of Plaintiffs

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Plaintiffs hereby file this notice of substitution of counsel.

3  Plaintiffs hereby substitute Wylie, McBride, Platten & Renner, Attn. Diane Sidd-Champion, in place

4  of and instead of  McCarthy, Johnson & Miller Law Corporation as counsel and attorneys of record

5  in this matter.  Claimant's new counsel in this matter and new attorneys of record on whom all notices

6  and papers may be served is:

7                      Wylie, McBride, Platten & Renner
                    DIANE SIDD-CHAMPION, ESQ., SBN 78140
8                       605 Market Street, Suite 1200
                        San Francisco, CA  94105
9                       Telephone:  (415) 867-1190
                     E-mail:  dsidd-champion@wmpr.law
10

11  As new counsel of record, the undersigned hereby accepts this substitution:

12  WYLIE, McBRIDE, PLATTEN & RENNER

13  By: _____     Date: August ___, 2013
           Diane Sidd-Champion, Esq.
14

15  The undersigned hereby agree to the substitution of Diane Sidd-Champion as new counsel of record:

16  McCARTHY, JOHNSON & MILLER LAW CORPORATION

17  By: _____     Date:  August ___, 2012
           Lori Ann Nord, Esq.
18

19  GOLDEN GATE LODGE OF PLASTERERS' AND SHOPHANDS' LOCAL UNION NO. 66,
    OPCMIA, AFL-CIO; OPERATIVE PLASTERERS' AND CEMENT MASONS' LOCAL UNION
20  NO. 300, OPCMIA, AFL-CIO; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA
    PLASTERERS HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE
21  NORTHERN CALIFORNIA PLASTERING INDUSTRY PENSION TRUST FUND; BOARD OF
    TRUSTEES OF THE OPERATIVE  PLASTERERS LOCAL UNION NO. 66 SUPPLEMENTAL
22  RETIREMENT BENEFIT FUND; BOARD OF TRUSTEES OF THE OPERATIVE PLASTERERS
    LOCAL UNION NO. 66 JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND;
23  BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERERS' JOINT
    APPRENTICESHIP AND TRAINING TRUST FUND; and  BOARD OF TRUSTEES OF THE
24  PLASTERING INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST
    FUND
25

26  By: _Chester Murphy_____     Date: August _16_, 2012
         Chester Murphy
27      Business Manager of Golden Gate Lodge
        of Plasterers' and Shophands' Local Union No. 66,
28      OPCMIA, AFL-CIO and Authorized Agent of Plaintiffs

1

2

3

**ECF CERTIFICATION**

I, Diane Sidd-Champion, am the ECF User whose identification and password are being used to file this Notice of Substitution of Counsel for Plaintiffs.  In compliance with Local Rule 5-1(i), I hereby attest that Lori Ann Nord and Chester Murphy have concurred in this filing.

WYLIE, McBRIDE, PLATTEN & RENNER

Dated: August 16, 2013            By:  __/s/  Diane Sidd-Champion_____
                                          DIANE SIDD-CHAMPION
                                          Attorneys for Plaintiffs