1  Wylie, McBride, Platten & Renner
   DIANE SIDD-CHAMPION, ESQ., #78140
2  605 Market Street, Suite 1200
   San Francisco, CA 94105
3  Telephone: (415) 867-1190
   E-mail: dsidd-champion@wmprlaw.com
4
   Attorneys for Plaintiffs
5

6
                    UNITED STATES DISTRICT COURT
7
                   NORTHERN DISTRICT OF CALIFORNIA
8
                       SAN FRANCISCO DIVISION
9

10 GOLDEN GATE LODGE OF PLASTERERS'        ) Case No. CV 13-3228 SI
   AND SHOPHANDS' LOCAL UNION NO. 66,      )
11 OPCMIA, AFL-CIO; OPERATIVE              ) **NOTICE OF SUBSTITUTION**
   PLASTERERS' AND CEMENT MASONS'          ) **OF COUNSEL FOR PLAINTIFFS**
12 LOCAL UNION NO. 300, OPCMIA, AFL-CIO;   )
   BOARD OF TRUSTEES OF THE NORTHERN       )
13 CALIFORNIA PLASTERERS HEALTH AND        )
   WELFARE TRUST FUND; BOARD OF            )
14 TRUSTEES OF THE NORTHERN CALIFORNIA     )
   PLASTERING INDUSTRY PENSION TRUST       )
15 FUND; BOARD OF TRUSTEES OF THE          )
   OPERATIVE PLASTERERS LOCAL UNION        )
16 NO. 66 SUPPLEMENTAL RETIREMENT          )
   BENEFIT FUND; BOARD OF TRUSTEES OF      )
17 THE OPERATIVE PLASTERERS LOCAL          )
   UNION NO. 66 JOURNEYMAN AND             )
18 APPRENTICE TRAINING TRUST FUND;         )
   BOARD OF TRUSTEES OF THE NORTHERN       )
19 CALIFORNIA PLASTERERS' JOINT            )
   APPRENTICESHIP AND TRAINING TRUST       )
20 FUND; and BOARD OF TRUSTEES OF THE      )
   PLASTERING INDUSTRY LABOR-              )
21 MANAGEMENT COOPERATION                  )
   COMMITTEE TRUST FUND,                   )
22                                         )
                         Plaintiffs,       )
23                                         )
        v.                                 )
24                                         )
   IRONWOOD PLASTERING, INCORPORATED       )
25 a/k/a IRONWOOD PLASTERING, INC.;        )
   IRONWOOD SPECIALTIES, INCORPORATED      )
26 a/k/a IRONWOOD SPECIALTIES, INC.; MAX   )
   KARL ROGERS; and LAURA ELIZABETH        )
27 ROGERS,                                 )
                         Defendants.       )
28 _____ )

IT IS SO ORDERED
*Susan Illston*
Judge Susan Illston

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Plaintiffs hereby file this notice of substitution of counsel. Plaintiffs hereby substitute Wylie, McBride, Platten & Renner, Attn. Diane Sidd-Champion, in place of and instead of McCarthy, Johnson & Miller Law Corporation as counsel and attorneys of record in this matter. Claimant's new counsel in this matter and new attorneys of record on whom all notices and papers may be served is:

Wylie, McBride, Platten & Renner
DIANE SIDD-CHAMPION, ESQ., SBN 78140
605 Market Street, Suite 1200
San Francisco, CA 94105
Telephone: (415) 867-1190
E-mail: dsidd-champion@wmpr.law

As new counsel of record, the undersigned hereby accepts this substitution:

WYLIE, McBRIDE, PLATTEN & RENNER

By: _Diane Sidd-Champion_   Date: August 8, 2013
    Diane Sidd-Champion, Esq.

The undersigned hereby agrees to the substitution of Diane Sidd-Champion as new counsel of record:

McCARTHY, JOHNSON & MILLER LAW CORPORATION

By: _____   Date: August __, 2012
    Lori Ann Nord, Esq.

GOLDEN GATE LODGE OF PLASTERERS' AND SHOPHANDS' LOCAL UNION NO. 66, OPCMIA, AFL-CIO; OPERATIVE PLASTERERS' AND CEMENT MASONS' LOCAL UNION NO. 300, OPCMIA, AFL-CIO; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERERS HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERING INDUSTRY PENSION TRUST FUND; BOARD OF TRUSTEES OF THE OPERATIVE PLASTERERS LOCAL UNION NO. 66 SUPPLEMENTAL RETIREMENT BENEFIT FUND; BOARD OF TRUSTEES OF THE OPERATIVE PLASTERERS LOCAL UNION NO. 66 JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERERS' JOINT APPRENTICESHIP AND TRAINING TRUST FUND; and BOARD OF TRUSTEES OF THE PLASTERING INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND

By: _____   Date: August __, 2012
    Chester Murphy
    Business Manager of Golden Gate Lodge
    of Plasterers' and Shophands' Local Union No. 66,
    OPCMIA, AFL-CIO and Authorized Agent of Plaintiffs

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs hereby file this notice of substitution of counsel. Plaintiffs hereby substitute Wylie, McBride, Platten & Renner, Attn. Diane Sidd-Champion, in place of and instead of McCarthy, Johnson & Miller Law Corporation as counsel and attorneys of record in this matter. Claimant's new counsel in this matter and new attorneys of record on whom all notices and papers may be served is:

> Wylie, McBride, Platten & Renner
> DIANE SIDD-CHAMPION, ESQ., SBN 78140
> 605 Market Street, Suite 1200
> San Francisco, CA 94105
> Telephone: (415) 867-1190
> E-mail: dsidd-champion@wmpr.law

As new counsel of record, the undersigned hereby accepts this substitution:

WYLIE, McBRIDE, PLATTEN & RENNER

By: _____    Date: August __, 2013
    Diane Sidd-Champion, Esq.

The undersigned hereby agree to the substitution of Diane Sidd-Champion as new counsel of record:

McCARTHY, JOHNSON & MILLER LAW CORPORATION

By: _____    Date: August 8, 2012
    Lori Ann Nord, Esq.

GOLDEN GATE LODGE OF PLASTERERS' AND SHOPHANDS' LOCAL UNION NO. 66, OPCMIA, AFL-CIO; OPERATIVE PLASTERERS' AND CEMENT MASONS' LOCAL UNION NO. 300, OPCMIA, AFL-CIO; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERERS HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERING INDUSTRY PENSION TRUST FUND; BOARD OF TRUSTEES OF THE OPERATIVE PLASTERERS LOCAL UNION NO. 66 SUPPLEMENTAL RETIREMENT BENEFIT FUND; BOARD OF TRUSTEES OF THE OPERATIVE PLASTERERS LOCAL UNION NO. 66 JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERERS' JOINT APPRENTICESHIP AND TRAINING TRUST FUND; and BOARD OF TRUSTEES OF THE PLASTERING INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND

By: _____    Date: August ___, 2012
    Chester Murphy
    Business Manager of Golden Gate Lodge
    of Plasterers' and Shophands' Local Union No. 66,
    OPCMIA, AFL-CIO and Authorized Agent of Plaintiffs

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs hereby file this notice of substitution of counsel. Plaintiffs hereby substitute Wylie, McBride, Platten & Renner, Attn. Diane Sidd-Champion, in place of and instead of McCarthy, Johnson & Miller Law Corporation as counsel and attorneys of record in this matter. Claimant's new counsel in this matter and new attorneys of record on whom all notices and papers may be served is:

> Wylie, McBride, Platten & Renner
> DIANE SIDD-CHAMPION, ESQ., SBN 78140
> 605 Market Street, Suite 1200
> San Francisco, CA 94105
> Telephone: (415) 867-1190
> E-mail: dsidd-champion@wmpr.law

As new counsel of record, the undersigned hereby accepts this substitution:

WYLIE, McBRIDE, PLATTEN & RENNER

By: _____     Date: August __, 2013
     Diane Sidd-Champion, Esq.

The undersigned hereby agree to the substitution of Diane Sidd-Champion as new counsel of record:

McCARTHY, JOHNSON & MILLER LAW CORPORATION

By: _____     Date: August __, 2012
     Lori Ann Nord, Esq.

GOLDEN GATE LODGE OF PLASTERERS' AND SHOPHANDS' LOCAL UNION NO. 66, OPCMIA, AFL-CIO; OPERATIVE PLASTERERS' AND CEMENT MASONS' LOCAL UNION NO. 300, OPCMIA, AFL-CIO; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERERS HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERING INDUSTRY PENSION TRUST FUND; BOARD OF TRUSTEES OF THE OPERATIVE PLASTERERS LOCAL UNION NO. 66 SUPPLEMENTAL RETIREMENT BENEFIT FUND; BOARD OF TRUSTEES OF THE OPERATIVE PLASTERERS LOCAL UNION NO. 66 JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERERS' JOINT APPRENTICESHIP AND TRAINING TRUST FUND; and BOARD OF TRUSTEES OF THE PLASTERING INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND

By: *[signature: Chester Murphy]*     Date: August 16, 2013
     Chester Murphy
     Business Manager of Golden Gate Lodge
     of Plasterers' and Shophands' Local Union No. 66,
     OPCMIA, AFL-CIO and Authorized Agent of Plaintiffs

## ECF CERTIFICATION

I, Diane Sidd-Champion, am the ECF User whose identification and password are being used to file this Notice of Substitution of Counsel for Plaintiffs. In compliance with Local Rule 5-1(i), I hereby attest that Lori Ann Nord and Chester Murphy have concurred in this filing.

WYLIE, McBRIDE, PLATTEN & RENNER

Dated: August 16, 2013        By:   /s/ Diane Sidd-Champion
                                    DIANE SIDD-CHAMPION
                                    Attorneys for Plaintiffs