WYLIE, McBRIDE, PLATTEN & RENNER
DIANE SIDD-CHAMPION, ESQ. (#078140)
605 Market Street, Suite 1200
San Francisco, CA 94105
Tel: (415) 867-1190
Fax: (415) 977-0904
E-mail: dsidd-champion@wmprlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Golden Gate Lodge of Plasterers' and Shophands' Local Union No. 66, OPCMIA, AFL-CIO; Operative Plasterers' and Cement Masons' Local Union No. 300, OPCMIA, AFL-CIO; Board of Trustees of the Northern California Plasterers Health and Welfare Trust Fund; Board of Trustees of the Northern California Plastering Industry Pension Trust Fund; Board of Trustees of the Operative Plasterers Local Union No. 66 Supplemental Retirement Benefit Fund; Board of Trustees of the Operative Plasterers Local Union No. 66 Journeyman and Apprentice Training Trust Fund; Board of Trustees of the Northern California Plasterers' Joint Apprenticeship and Training Trust Fund; and Board of Trustees of the Plastering Industry Labor-Management Cooperation Committee Trust Fund, <br><br> Plaintiffs, <br><br> v. <br><br> Ironwood Plastering, Incorporated a/k/a Ironwood Plastering, Inc.; Ironwood Specialties, Incorporated a/k/a Ironwood Specialties, Inc.; Max Karl Rogers; and Laura Elizabeth Rogers, <br><br> Defendants. | Case No. CV 13-3228 SI <br><br> **STIPULATION AND [PROPOSED] ORDER TO CHANGE DATE OF INITIAL CASE MANAGEMENT CONFERENCE** |

///

///

///

Plaintiffs Golden Gate Lodge of Plasterers' and Shophands' Local Union No. 66 et al. and Defendants Ironwood Plastering, Incorporated et al., by their respective counsel, hereby stipulate as follows:

1. On August 29, 2013, the Initial Case Management Conference in the above-captioned case was set for November 15, 2013 at 2:30 p.m. (Docket No. 15.)

2. From late October to late November 2013, Plaintiffs' counsel will be out of the country on a long-scheduled vacation. Accordingly, Plaintiffs' counsel will not be available for a Case Management Conference on November 15 or 22, 2013.

3. Per Judge Illston's Standing Order, the Court conducts Case Management Conferences on Fridays. (Docket No. 16.)

4. In light of the fact that the Friday after November 22 falls during the Thanksgiving holiday, the parties request that the Initial Case Management Conference be rescheduled, at the Court's convenience, for December 6, 13 or 20, 2013.

Dated: _____, 2013    _____
                            DIANE SIDD-CHAMPION
                            Attorney for Plaintiffs

Dated: 10/1, 2013          _____
                            GEOFFREY WM. STEELE
                            Attorney for Defendants

PURSUANT TO STIPULATION, IT IS ORDERED that the Initial Case Management Conference be continued from November 15, 2013 at 2:30 p.m. to December __, 2013 at 2:30 p.m., to be held at 450 Golden Gate Avenue, Courtroom 10 in San Francisco, CA.

Dated: _____, 2013    _____
                            SUSAN ILLSTON
                            United States District Judge

I:\0410\40020\pleadings\stipulation and [proposed] order to change date of initial cmc.docx

Plaintiffs Golden Gate Lodge of Plasterers' and Shophands' Local Union No. 66 et al. and Defendants Ironwood Plastering, Incorporated et al., by their respective counsel, hereby stipulate as follows:

1. On August 29, 2013, the Initial Case Management Conference in the above-captioned case was set for November 15, 2013 at 2:30 p.m. (Docket No. 15.)

2. From late October to late November 2013, Plaintiffs' counsel will be out of the country on a long-scheduled vacation. Accordingly, Plaintiffs' counsel will not be available for a Case Management Conference on November 15 or 22, 2013.

3. Per Judge Illston's Standing Order, the Court conducts Case Management Conferences on Fridays. (Docket No. 16.)

4. In light of the fact that the Friday after November 22 falls during the Thanksgiving holiday, the parties request that the Initial Case Management Conference be rescheduled, at the Court's convenience, for December 6, 13 or 20, 2013.

Dated: October 1, 2013       _____
                              DIANE SIDD-CHAMPION
                              Attorney for Plaintiffs

Dated: _____, 2013       _____
                              GEOFFREY WM. STEELE
                              Attorney for Defendants

PURSUANT TO STIPULATION, IT IS ORDERED that the Initial Case Management Conference be continued from November 15, 2013 at 2:30 p.m. to December 19, 2013 at 3:30 p.m., to be held at 450 Golden Gate Avenue, Courtroom 10 in San Francisco, CA.

Dated: 10/7, 2013             _____
                              SUSAN ILLSTON
                              United States District Judge

I:\0410\40020\pleadings\stipulation and [proposed] order to change date of initial cmc.docx

**ECF CERTIFICATION**

I, Diane Sidd-Champion, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order to Change Date of Initial Case Management Conference by Parties and Counsel for Plaintiffs. In compliance with Local Rule 5-1(i), I hereby attest that Geoffrey Wm. Steele has concurred in this filing.

                                          WYLIE, McBRIDE, PLATTEN & RENNER

Dated: October 3, 2013            By:     */s/   Diane Sidd-Champion*
                                          DIANE SIDD-CHAMPION
                                          Attorneys for Plaintiffs

l:\0410\40020\pleadings\ecf certification.docx

WYLIE, McBRIDE, PLATTEN & RENNER
DIANE SIDD-CHAMPION, ESQ. (#078140)
605 Market Street, Suite 1200
San Francisco, CA 94105
Tel: (415) 867-1190
Fax: (415) 977-0904
E-mail: dsidd-champion@wmprlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Golden Gate Lodge of Plasterers' and Shophands' Local Union No. 66, OPCMIA, AFL-CIO; Operative Plasterers' and Cement Masons' Local Union No. 300, OPCMIA, AFL-CIO; Board of Trustees of the Northern California Plasterers Health and Welfare Trust Fund; Board of Trustees of the Northern California Plastering Industry Pension Trust Fund; Board of Trustees of the Operative Plasterers Local Union No. 66 Supplemental Retirement Benefit Fund; Board of Trustees of the Operative Plasterers Local Union No. 66 Journeyman and Apprentice Training Trust Fund; Board of Trustees of the Northern California Plasterers' Joint Apprenticeship and Training Trust Fund; and Board of Trustees of the Plastering Industry Labor-Management Cooperation Committee Trust Fund, <br><br> Plaintiffs, <br><br> v. <br><br> Ironwood Plastering, Incorporated a/k/a Ironwood Plastering, Inc.; Ironwood Specialties, Incorporated a/k/a Ironwood Specialties, Inc.; Max Karl Rogers; and Laura Elizabeth Rogers, <br><br> Defendants. | Case No. CV 13-3228 SI <br><br> **DECLARATION OF DIANE SIDD-CHAMPION IN SUPPORT OF REQUEST TO CHANGE DATE OF INITIAL CASE MANAGEMENT CONFERENCE** |

///

///

///

I, Diane Sidd-Champion, hereby declare as follows:

1. I am fully competent to make this declaration, and I have personal knowledge of the facts stated in this declaration. If called upon to testify, I could and would testify competently to the contents of this declaration.

2. I am the attorney for Plaintiffs Golden Gate Lodge of Plasterers' and Shophands' Local Union No. 66, OPCMIA, AFL-CIO; Operative Plasterers' and Cement Masons' Local Union No. 300, OPCMIA, AFL-CIO; Board of Trustees of the Northern California Plasterers Health and Welfare Trust Fund; Board of Trustees of the Northern California Plastering Industry Pension Trust Fund; Board of Trustees of the Operative Plasterers Local Union No. 66 Supplemental Retirement Benefit Fund; Board of Trustees of the Operative Plasterers Local Union No. 66 Journeyman and Apprentice Training Trust Fund; Board of Trustees of the Northern California Plasterers' Joint Apprenticeship and Training Trust Fund; and Board of Trustees of the Plastering Industry Labor-Management Cooperation Committee Trust Fund in the above-captioned matter.

3. On August 29, 2013, the Initial Case Management Conference in the above-captioned case was set for November 15, 2013 at 2:30 p.m. (Docket No. 15).

4. I will be out of the country on a long-scheduled vacation from late October to late November 2013. I have already purchased non-refundable airline tickets and made other non-refundable payments in connection with this vacation. Accordingly, I will not be available for the Initial Case Management Conference on November 15, 2013. I will also be unavailable on November 22, 2013.

5. On September 18, 2013, I discussed with Defendants' counsel, Geoffrey Steele, the fact that I will not be available on the date on which the Initial Case Management Conference is now scheduled. He and I reviewed the calendar and agreed that we are both available for the Initial Case Management Conference on December 6, 13 or 20, 2013

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 1, 2013 at San Francisco, California.

                                                      /s/     Diane Sidd-Champion
                                                DIANE SIDD-CHAMPION

l:\0410\40020\pleadings\declaration of dsc.docx