Eileen M. Bissen, State Bar No. 245821
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA 94104
Tel.    (415) 677-9440
Fax    (415) 677-9445
Email: ebissen@neyhartlaw.com
**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN GATE LODGE OF PLASTERERS' AND SHOPHANDS' LOCAL UNION NO. 66, OPCMIA, AFL-CIO; OPERATIVE PLASTERERS' AND CEMENT MASONS' LOCAL UNION NO. 300, OPCMIA, AFL-CIO; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERERS HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERING INDUSTRY PENSION TRUST FUND; BOARD OF TRUSTEES OF THE OPERATIVE PLASTERERS LOCAL NO. 66 SUPPLEMENTAL RETIREMENT BENEFIT FUND; BOARD OF TRUSTEES OF THE OPERATIVE PLASTERERS LOCAL UNION NO. 66 JOURNEYMAN AND APPRENTICESHIP TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERERS' JOINT APPRENTICESHIP AND TRAINING TRUST FUND; and BOARD OF TRUSTEES OF THE PLASTERING INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>IRONWOOD PLASTERING, INCORPORATED a/k/a/ IRONWOOD PLASTERING, INC.; IRONWOOD SPECIALTIES, INCORPORATED a/k/a IRONWOOD SPECIALTIES, INC.; MAX KARL ROGERS; and LAURA ELIZABETH ROGERS;<br><br>Defendant. | Case No.   13-cv-3228 SI<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL; [~~PROPOSED~~] ORDER** |

**TO THE ABOVE-ENTITLED COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs GOLDEN GATE LODGE OF PLASTERERS' AND SHOPHANDS' LOCAL UNION NO. 66, OPCMIA, AFL-CIO; OPERATIVE PLASTERERS' AND CEMENT MASONS' LOCAL UNION NO. 300, OPCMIA, AFL-CIO; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERERS HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERING INDUSTRY PENSION TRUST FUND; BOARD OF TRUSTEES OF THE OPERATIVE PLASTERERS LOCAL NO. 66 SUPPLEMENTAL RETIREMENT BENEFIT FUND; BOARD OF TRUSTEES OF THE OPERATIVE PLASTERERS LOCAL UNION NO. 66 JOURNEYMAN AND APPRENTICESHIP TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERERS' JOINT APPRENTICESHIP AND TRAINING TRUST FUND; and BOARD OF TRUSTEES OF THE PLASTERING INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND (hereafter referred to collectively as "Plaintiffs") hereby file this notice of substitution of counsel. Plaintiffs hereby substitute Eileen M. Bissen and her firm, Neyhart, Anderson, Flynn & Grosboll, APC, in place of and instead of Diane Sidd-Champion and her firm, Wylie, McBride, Platten & Renner, as counsel and attorneys of record in this matter.

Plaintiffs' new counsel in this matter and new attorneys of record to whom all notices and papers should be served is:

Eileen M. Bissen, Esq. (SBN 245821)
NEYHART, ANDERSON, FLYNN & GROSBOLL, APC
369 Pine Street, Suite 800
San Francisco, CA 94104
Telephone: (415) 677-9440
Facsimile: (415) 677-9445
Email: ebissen@neyhartlaw.com

As new counsel of record, the undersigned hereby accepts this substitution:

NEYHART, ANDERSON, FLYNN & GROSBOLL, APC

By: _____  Dated: December 3, 2013
    Eileen M. Bissen, Esq.

The undersigned hereby agrees to the substitution of Eileen M. Bissen as new counsel of record:

WYLIE, MCBRIDE, PLATTEN & RENNER

By: _____  Dated: December 3, 2013
    Diane Sidd-Champion, Esq.

GOLDEN GATE LODGE OF PLASTERERS' AND SHOPHANDS' LOCAL UNION NO. 66, OPCMIA, AFL-CIO; OPERATIVE PLASTERERS' AND CEMENT MASONS' LOCAL UNION NO. 300, OPCMIA, AFL-CIO; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERERS HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERING INDUSTRY PENSION TRUST FUND; BOARD OF TRUSTEES OF THE OPERATIVE PLASTERERS LOCAL NO. 66 SUPPLEMENTAL RETIREMENT BENEFIT FUND; BOARD OF TRUSTEES OF THE OPERATIVE PLASTERERS LOCAL UNION NO. 66 JOURNEYMAN AND APPRENTICESHIP TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERERS' JOINT APPRENTICESHIP AND TRAINING TRUST FUND; and BOARD OF TRUSTEES OF THE PLASTERING INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND

By: _____  Dated: December 4, 2013
    Chester Murphy
    Business Manager of Golden Gate Lodge of
    Plasterers' and Shophands' Local Union No. 66,
    OPCMIA, AFL-CIO and Authorized Agent of Plaintiffs

[PROPOSED] ORDER

The substitution of Eileen M. Bissen of Neyhart, Anderson, Flynn & Grosboll, APC as new counsel of record in this action is so ordered.

Dated: 12/18/13

_____
Honorable Susan Illston
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I, Eileen M. Bissen, declare:

I am employed in the City and County of San Francisco in the State of California. I am over the age of eighteen years and not a party to the present action. My business address is Neyhart, Anderson, Flynn & Grosboll, APC, located at 369 Pine Street, Suite 800 in San Francisco, CA 94104.

On December 5, 2013, I served the following documents:

**NOTICE OF SUBSTITUTION OF COUNSEL**

X    via the CM/ECF system, which will generate a Notice of Electronic Filing (NEF) to the filing party, the registered users in the case, as well as the assigned judge. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission services. The NEF constitutes service of the above-referenced document(s). Pursuant to said CM/ECF practice, the following registered user(s) was/were served:

Geoffrey Wm. Steele
Steele George Schofield and Ramos LLP
3100 Oak Road, Suite 100
Walnut Creek, CA 94597-2078
Email: gsteele@sgsrlaw.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATE: December 5, 2013

_____
EILEEN M. BISSEN