Eileen M. Bissen, State Bar No. 245821
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA  94104
Tel.      (415) 677-9440
Fax       (415) 677-9445
Email: ebissen@neyhartlaw.com
**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN GATE LODGE OF PLASTERERS' AND SHOPHANDS' LOCAL UNION NO. 66, OPCMIA, AFL-CIO; *et al.*,<br><br>                    Plaintiffs,<br><br>     v.<br><br>IRONWOOD PLASTERING, INCORPORATED a/k/a/ IRONWOOD PLASTERING, INC.; IRONWOOD SPECIALTIES, INCORPORATED a/k/a IRONWOOD SPECIALTIES, INC.; MAX KARL ROGERS; and LAURA ELIZABETH ROGERS;<br>                    Defendant. | Case No.    13-cv-3228 SI<br><br>**STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

NEYHART, ANDERSON, FLYNN & GROSBOLL
ATTORNEYS AT LAW

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE;
[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
Case No. 13-cv-3228 SI

0

## STIPULATION

WHEREAS Plaintiffs GOLDEN GATE LODGE OF PLASTERERS' AND SHOPHANDS' LOCAL UNION NO. 66, OPCMIA, AFL-CIO; OPERATIVE PLASTERERS' AND CEMENT MASONS' LOCAL UNION NO. 300, OPCMIA, AFL-CIO; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERERS HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERING INDUSTRY PENSION TRUST FUND; BOARD OF TRUSTEES OF THE OPERATIVE PLASTERERS LOCAL NO. 66 SUPPLEMENTAL RETIREMENT BENEFIT FUND; BOARD OF TRUSTEES OF THE OPERATIVE PLASTERERS LOCAL UNION NO. 66 JOURNEYMAN AND APPRENTICESHIP TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERERS' JOINT APPRENTICESHIP AND TRAINING TRUST FUND; and BOARD OF TRUSTEES OF THE PLASTERING INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND (hereafter "Plaintiffs") filed the present lawsuit against Defendants IRONWOOD PLASTERING, INCORPORATED a/k/a/ IRONWOOD PLASTERING, INC.; IRONWOOD SPECIALTIES, INCORPORATED a/k/a IRONWOOD SPECIALTIES, INC.; MAX KARL ROGERS; and LAURA ELIZABETH ROGERS (hereafter "Defendants") on July 12, 2013;

WHEREAS the parties, by and through their counsel, appeared before the Honorable Susan Illston for an Initial Case Management Conference on March 14, 2014;

WHEREAS a Further Case Management Conference is currently scheduled for June 27, 2014 at 3:00 p.m. before the Honorable Susan Illston;

NEYHART, ANDERSON, FLYNN & GROSBOLL
ATTORNEYS AT LAW

---

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE;
[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
Case No. 13-cv-3228 SI

1

WHEREAS Plaintiffs' counsel is now unavailable on June 27, 2014 and therefore no longer able to appear at the Further Case Management Conference currently scheduled for 3:00 p.m. on June 27, 2014;

WHEREAS Plaintiffs' counsel notified Defendants' counsel of her unavailability for the June 27, 2014 Further Case Management Conference and Plaintiffs' counsel and Defendants' counsel agreed to continue the Further Case Management Conference to a later date;

WHEREAS Plaintiffs' counsel and Defendants' counsel are available for a Further Case Management Conference on either July 25, 2014 or August 1, 2014;

IT IS HEREBY STIPULATED the Further Case Management Conference currently scheduled for June 27, 2014 at 3:00 p.m. before the Honorable Susan Illston shall be continued to either July 25, 2014 or August 1, 2014.

IT IS SO STIPULATED.

NEYHART, ANDERSON, FLYNN & GROSBOLL, APC

Dated: June 5, 2014

_____
EILEEN M. BISSEN
Attorneys for Plaintiffs

STEELE, GEORGE, SCHOFIELD & RAMOS, LLP

Dated: June 5, 2014

/S/
_____
GEOFFREY STEELE
Attorneys for Defendants

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
Case No. 13-cv-3228 SI

2

## [PROPOSED] ORDER

Having read and considered the parties' stipulation to continue the Further Case Management Conference presently scheduled for June 27, 2014 at 3:00 p.m., and good cause appearing therefore,

IT IS HEREBY ORDERED that the Further Case Management Conference set for June 27, 2014 at 3:00 p.m. is hereby continued to __July 25, 2014__ at 3:00 p.m.

Dated: __6/6/14__

HONORABLE SUSAN ILLSTON
United States District Court Judge

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE;
[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
Case No. 13-cv-3228 SI

3

CERTIFICATE OF SERVICE

I, Eileen M. Bissen, declare:

I am employed in the City and County of San Francisco in the State of California. I am over the age of eighteen years and not a party to the present action. My business address is Neyhart, Anderson, Flynn & Grosboll, APC, located at 369 Pine Street, Suite 800 in San Francisco, CA 94104. On June 5, 2014, I served the following documents:

**STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

X   via the CM/ECF system, which will generate a Notice of Electronic Filing (NEF) to the filing party, the registered users in the case, as well as the assigned judge. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission services. The NEF constitutes service of the above-referenced document(s). Pursuant to said CM/ECF practice, the following registered user(s) was/were served:

Geoffrey Wm. Steele
Steele George Schofield and Ramos LLP
3100 Oak Road, Suite 100
Walnut Creek, CA 94597-2078
Email: gsteele@sgsrlaw.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATE: June 5, 2014

_____
EILEEN M. BISSEN

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE;
[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
Case No. 13-cv-3228 SI

4