IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN GATE LODGE ET AL,<br><br>            Plaintiff,<br><br>    v.<br><br>IRONWOOD PLATERING ET AL,<br><br>            Defendant.            / | No. C 13-03228 SI<br><br>**SECOND**<br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: n/a at  3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is December 5, 2014.

DESIGNATION OF EXPERTS: 10/27/14; REBUTTAL: 11/10/14.
        Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is December 5, 2014.

DISPOSITIVE MOTIONS **SHALL** be filed by February 6, 2015;

        Opp. Due February 20, 2015;  Reply Due February 27, 2015;

         and set for hearing no later than March 13, 2015 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 14, 2015 at 3:30 PM.

COURT TRIAL DATE: April 27, 2015 at 8:30 AM.,
        Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 3 - 10  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court continued the trial schedule as indicated above.
The parties will participate in mediation on 8/27/14.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 7/28/14

                                                                SUSAN ILLSTON
                                                                United States District Judge