1  Benjamin K. Lunch, State Bar No. 246015
   Wan Yan Ling, State Bar No. 297029
2  NEYHART, ANDERSON, FLYNN & GROSBOLL
   369 Pine Street, Suite 800
3  San Francisco, CA 94104
   Tel. (415) 677-9440
4  Fax (415) 677-9445
   Email:  blunch@neyhartlaw.com
5          wling@neyhartlaw.com

6  Attorneys for Plaintiffs

7  Geoffrey Wm. Steele, State Bar No. 219576
   STEELE, GEORGE, SCHOFIELD & RAMOS, LLP
8  3100 Oak Street, Suite 100
   Walnut Creek, California 94597
9  Tel. (925) 280-1700
   Fax (925) 935-1642
10 Email:  gsteele@sgsrlaw.com

11 Attorneys for Defendants

12            **UNITED STATES DISTRICT COURT**

13        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14

15 GOLDEN GATE LODGE OF PLASTERERS          Case No.    3:13-CV-03228-SI
   AND SHOPHANDS LOCAL UNION NO. 66,
16 OPCMIA, AFL-CIO, et al.                  **STIPULATION FOR EXTENSION OF**
                   Plaintiffs,              **DISCOVERY**
17             vs.

18

19 IRONWOOD PLASTERING, INC.;
   IRONWOOD SPECIALTIES, INC.; MAX
20 KARL ROGERS; and LAURA ELIZABETH
   ROGERS
21
                   Defendants.
22
   _____
23

24

25

26

27

Neyhart,
Anderson,
Flynn &
Grosboll
Attorneys at Law

28

-1-

STIPULATION FOR EXTENSION OF DISCOVERY
Case No. 3:13-CV-03228-SI

**STIPULATION FOR EXTENSION OF DISCOVERY**

Pursuant to Local Rules 6-1 and 6-2, the parties through undersigned counsel hereby stipulate and respectfully request that the Court extend the deadline for Non-Expert Discovery and other pre-trial dates. The parties declare in support of this request:

WHEREAS, on July 28, 2014, the Court ordered that the Non-Expert Discovery Cutoff would be December 5, 2014 (Dckt. No. 39);

WHEREAS, on October 20, 2014, Plaintiffs submitted a letter to the Court summarizing its discovery dispute with Defendants (Dckt. No. 40);

WHEREAS, on October 29, 2014, the Court issued an order directing Defendants to produce requested electronic accounting files to Plaintiffs no later than November 3, 2014 (Dckt. No. 41);

WHEREAS, on November 7, 2014, Plaintiffs submitted a second letter to the Court summarizing its ongoing discovery dispute with Defendants (Dckt. No. 42);

WHEREAS, on November 12, 2014, the Court issued an order directing Defendants to produce requested electronic accounting files that can be opened to Plaintiffs no later than November 14, 2014 (Dckt. No. 44);

WHEREAS, as of November 14, 2014, Defendants have provided Plaintiffs with a username and password, but Plaintiffs continue to experience technical issues accessing the requested electronic accounting files, and are working with Defendants to resolve these issues;

WHEREAS, Plaintiffs require additional time to conduct a meaningful review of said electronic accounting files, so that depositions may be constructive;

WHEREAS, Plaintiffs would like the opportunity to complete mediation efforts with Defendants once said electronic accounting files have been reviewed;

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

-2-

STIPULATION FOR EXTENSION OF DISCOVERY
Case No. 3:13-CV-03228-SI

THEREFORE, pursuant to Local Rule 6-2, the parties though their respective attorneys stipulate as follows:

The parties respectfully request that the Court extend the Non-Expert Discovery Cutoff date to February 20, 2015.

The requested time modification will affect the schedule for the case by necessitating that the following dates be likewise moved:

| Event | Current date | Proposed date |
|---|---|---|
| Dispositive Motions | February 6, 2015 | April 24, 2015 |
| Opposition | February 20, 2015 | May 8, 2015 |
| Reply | February 27, 2015 | May 15, 2015 |
| Hearing | March 13, 2015 at 9:00 AM | May 29, 2015 at 9:00 AM |
| Pretrial Conference | April 14, 2015 at 3:30 PM | June 30, 2015 at 3:30 PM |
| Court trial | April 27, 2015 at 8:30 AM in Courtroom 10, 19th floor | July 13, 2015 at 8:30 AM in Courtroom 10, 19th floor |

If the proposed pre-trial dates are unavailable, the parties are agreeable to alternative dates that the Court may schedule.

**IT IS SO STIPULATED AND AGREED.**


Dated: November 14, 2014                    By: /s/ Wan Yan Ling
                                            WAN YAN LING
                                            Attorney for Plaintiffs
                                            Neyhart, Anderson, Flynn & Grosboll


Dated: November 14, 2014                    By: /s/ Geoffrey Wm. Steele
                                            GEOFFREY WM. STEELE
                                            Attorney for Defendants
                                            Steele, George, Schofield & Ramos, LLP

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

-3-

STIPULATION FOR EXTENSION OF DISCOVERY
Case No. 3:13-CV-03228-SI

1

## **ATTESTATION**

2

3
        I, Wan Yan Ling, am the ECF user whose identification and password are being used to

4
file the STIPULATION FOR EXTENSION OF DISCOVERY. In compliance with Civil Local

5
Rule 5-1(i)(3), I hereby attest that Geoffrey Wm. Steele has concurred in this filing.

6

7
Dated: November 14, 2014                        By: /s/ Wan Yan Ling
                                                    WAN YAN LING
8                                                   Attorney for Plaintiffs
                                                    Neyhart, Anderson, Flynn & Grosboll
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
Neyhart,
Anderson,
Flynn &
Grosboll
Attorneys at Law

Benjamin K. Lunch, State Bar No. 246015
Wan Yan Ling, State Bar No. 297029
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA 94104
Tel. (415) 677-9440
Fax (415) 677-9445
Email:  blunch@neyhartlaw.com
        wling@neyhartlaw.com

Attorneys for Plaintiffs

Geoffrey Wm. Steele, State Bar No. 219576
STEELE, GEORGE, SCHOFIELD & RAMOS, LLP
3100 Oak Street, Suite 100
Walnut Creek, California 94597
Tel. (925) 280-1700
Fax (925) 935-1642
Email: gsteele@sgsrlaw.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN GATE LODGE OF PLASTERERS AND SHOPHANDS LOCAL UNION NO. 66, OPCMIA, AFL-CIO, et al.<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>IRONWOOD PLASTERING, INC.; IRONWOOD SPECIALTIES, INC.; MAX KARL ROGERS; and LAURA ELIZABETH ROGERS<br><br>　　　　　Defendants.<br>_____ | Case No.   3:13-CV-03228-SI<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF DISCOVERY** |

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

-1-

[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF DISCOVERY
Case No. 3:13-CV-03228-SI

1   Having considered the parties' Stipulation for Extension of Discovery, and for good cause

2   shown,

      As amended

3   **PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that the Non-Expert

4   Discovery Cutoff date is now set for February 20, 2015. Likewise, the following pre-trial dates

5   are now set for:

6

| Event | Previous date | New date |
|---|---|---|
| Dispositive Motions | February 6, 2015 | April 24, 2015 |
| Opposition | February 20, 2015 | May 8, 2015 |
| Reply | February 27, 2015 | May 15, 2015 |
| Hearing | March 13, 2015 at 9:00 AM | May 29, 2015 at 9:00 AM |
| Pretrial Conference | April 14, 2015 at 3:30 PM | June 30, 2015 at 3:30 PM |
| Court trial | April 27, 2015 at 8:30 AM in Courtroom 10, 19th floor | July 20, 2015 at 8:30 AM in Courtroom 10, 19th floor |

Dated: ___11/17/14_____

The Honorable Susan Illston
United States District Judge

**[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF DISCOVERY**
**Case No.** 3:13-CV-03228-SI

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW