United States District Court
Northern District of California

1
2
3
4                        UNITED STATES DISTRICT COURT

5                       NORTHERN DISTRICT OF CALIFORNIA

6

7   GOLDEN GATE LODGE OF
    PLASTERERS' AND SHOPHANDS'              Case No.  13-cv-03228-SI
    LOCAL UNION NO.66 OPCMIA, AFL-
8   CIO, et al.,

9               Plaintiffs,                 **ORDER DIRECTING SETTLEMENT
                                            CONFERENCE WITH MAGISTRATE
10          v.                              JUDGE**

11  IRONWOOD PLASTERING,
    INCORPORATED, et al.,
12
                Defendants.
13

14

15          On August 27, 2015, the parties represented to the Court that "both parties are in the process

16  of settlement negotiations, have exchanged documents to that end, are desirous of a settlement, and

17  appear to be making progress toward a resolution; [and] both parties are prepared to attend a settlement

18  conference with a Magistrate Judge, if necessary."  The Court has heard nothing further from the

19  parties since that filing.  Trial is set for January 19, 2016.

20          Accordingly, the parties are ORDERED to attend a settlement conference with a Magistrate

21  Judge, to be completed no later than December 11, 2015.

22

23

24          **IT IS SO ORDERED.**

25  Dated:  September 22, 2015

26  _____
                                            SUSAN ILLSTON
27                                          United States District Judge

28