1  Benjamin K. Lunch, SBN 246015
   Wan Yan Ling, SBN 297029
2  NEYHART, ANDERSON, FLYNN & GROSBOLL, APC
   369 Pine Street, Suite 800
3  San Francisco, CA  94104-3323
   Tel.   (415) 677-9440
4  Fax    (415) 677-9445
   Email: blunch@neyhartlaw.com
5  **Attorneys for Plaintiffs**

6

7                  UNITED STATES DISTRICT COURT

8                 NORTHERN DISTRICT OF CALIFORNIA

9
   GOLDEN GATE LODGE OF PLASTERERS'          Case No.   13-cv-3228 SI
10 AND SHOPHANDS' LOCAL UNION NO. 66,
   OPCMIA, AFL-CIO; OPERATIVE PLASTERERS'    **STIPULATION FOR ENTRY OF**
11 AND CEMENT MASONS' LOCAL UNION NO.        **JUDGMENT; [proposed] ORDER**
   300, OPCMIA, AFL-CIO; BOARD OF TRUSTEES
12 OF THE NORTHERN CALIFORNIA
   PLASTERERS HEALTH AND WELFARE TRUST
13 FUND; BOARD OF TRUSTEES OF THE
   NORTHERN CALIFORNIA PLASTERING
14 INDUSTRY PENSION TRUST FUND; BOARD
   OF TRUSTEES OF THE OPERATIVE
15 PLASTERERS LOCAL NO. 66 SUPPLEMENTAL
   RETIREMENT BENEFIT FUND; BOARD OF
16 TRUSTEES OF THE OPERATIVE PLASTERERS
   LOCAL UNION NO. 66 JOURNEYMAN AND
17 APPRENTICESHIP TRAINING TRUST FUND;
   BOARD OF TRUSTEES OF THE NORTHERN
18 CALIFORNIA PLASTERERS' JOINT
   APPRENTICESHIP AND TRAINING TRUST
19 FUND; and BOARD OF TRUSTEES OF THE
   PLASTERING INDUSTRY LABOR-
20 MANAGEMENT COOPERATION COMMITTEE
   TRUST FUND,
21
                   Plaintiffs,
22        v.

23 IRONWOOD PLASTERING, INCORPORATED
   a/k/a/ IRONWOOD PLASTERING, INC.;
24 IRONWOOD SPECIALTIES, INCORPORATED
   a/k/a IRONWOOD SPECIALTIES, INC.; MAX
25 KARL ROGERS; and LAURA ELIZABETH
   ROGERS;
26                 Defendants.

27

28

## STIPULATED JUDGMENT

IT IS HEREBY STIPULATED between Plaintiffs GOLDEN GATE LODGE OF PLASTERERS' AND SHOPHANDS' LOCAL UNION NO. 66, OPCMIA, AFL-CIO; OPERATIVE PLASTERERS' AND CEMENT MASONS' LOCAL UNION NO. 300, OPCMIA, AFL-CIO; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERERS HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERING INDUSTRY PENSION TRUST FUND; BOARD OF TRUSTEES OF THE OPERATIVE PLASTERERS LOCAL NO. 66 SUPPLEMENTAL RETIREMENT BENEFIT FUND; BOARD OF TRUSTEES OF THE OPERATIVE PLASTERERS LOCAL UNION NO. 66 JOURNEYMAN AND APPRENTICESHIP TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERERS' JOINT APPRENTICESHIP AND TRAINING TRUST FUND; and BOARD OF TRUSTEES OF THE PLASTERING INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND (hereafter "Plaintiffs") and Defendants IRONWOOD PLASTERING, INCORPORATED a/k/a/ IRONWOOD PLASTERING, INC.; IRONWOOD SPECIALTIES, INCORPORATED a/k/a IRONWOOD SPECIALTIES, INC.; MAX KARL ROGERS; and LAURA ELIZABETH ROGERS (hereafter "Defendants") that Judgment in the above-titled cause be entered in favor of Plaintiffs against IRONWOOD PLASTERING, INCORPORATED a/k/a/ IRONWOOD PLASTERING, INC. and IRONWOOD SPECIALTIES, INCOROPORATED a/k/a IRONWOOD SPECIALTIES, INC., jointly and severally, in the amount of $370,000.00. MAX KARL ROGERS and LAURA ELIZABETH ROGERS shall not be personally liable under this Judgment

and are dismissed with prejudice from this action. All parties shall bear their own attorneys' fees and costs.

Dated: October ~~16,~~ 2015
November 2

Respectfully submitted,

NEYHART, ANDERSON, FLYNN & GROSBOLL, APC

By: /s/ Benjamin K. Lunch
Benjamin K. Lunch
Attorneys for Plaintiffs

Dated: October ~~16~~ 20, 2015

Respectfully submitted,

STEELE, GEORGE, SCHOFIELD & RAMOS, LLP

By: /s/ Geoffrey Wm. Steele
Geoffrey Wm. Steele
Attorneys for Defendants

[PROPOSED] ORDER:

IT IS HEREBY ORDERED that Judgment be entered in the above-entitled cause in favor of Plaintiffs against IRONWOOD PLASTERING, INCORPORATED a/k/a/ IRONWOOD PLASTERING, INC. and IRONWOOD SPECIALTIES, INCOROPORATED a/k/a IRONWOOD SPECIALTIES, INC., jointly and severally, in the amount of $370,000.00.  MAX KARL ROGERS and LAURA ELIZABETH ROGERS shall not be personally liable under this Judgment.  MAX KARL ROGERS and LAURA ELIZABETH ROGERS are herein dismissed with prejudice from this action.

IT IS SO ORDERED.

Dated: 11/10/15

_____
U.S. District Court Judge
Neyhart,
Anderson,
Flynn &
Grosboll
Attorneys at Law

STIPULATED JUDGMENT
CASE No. 13-cv-3228 SI

4